IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

FILED'08 NOV 13 08:32USDC-ORP

| | |
|---|---|
| BRIAN BRATTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br>    Defendant. | Civil No. 3:07-cv-1713-MO<br><br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded under sentence four of 42 U.S.C. § 405(g), to the Commissioner for further proceedings according the Court's ORDER entered on  Nov. 12            , 2008.

DATED this  12  day of  Nov.         2008.

                                                   /s/ MW Mosman
                                       UNITED STATES DISTRICT JUDGE